UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
AMTRUST BANK,

                                            Case No 12-81298-CIV-MARRA/BRANSON

      Plaintiff,

v.

MARIO D. GERMAN LAW CENTER, P.A.,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK ("Plaintiff" or the "FDIC-R"), and Defendant, MARIO D. GERMAN LAW CENTER, P.A., (collectively "Parties"), by and through their undersigned counsel, hereby notify the Court that the parties have entered into a settlement agreement and stipulate and agree as follows, in accordance with that agreement:

      1.      This action shall be dismissed with prejudice with each party to shall bear its own attorney's fees and costs in this lawsuit.

      2.      The Parties request the Court enter such order(s) as it may be necessary to effectuate the dismissal in accordance with the terms agreed to by the Parties.

WHEREFORE, the Parties respectfully request the Court enter an Order of Dismissal, dismissing this case with prejudice and further relief this Court deems just and proper.

Dated: June 2, 2014

Case No: 12-81298-CIV-MARRA/BRANSON

Respectfully submitted,

| | |
|---|---|
| *s/ Kenneth Pollock, Esq*<br>**Kenneth Pollock, Esq.**<br>Florida Bar. No. 69558<br>**Gary R. Shendell, Esq.**<br>Florida Bar No. 0964440<br>**SHENDELL & POLLOCK, P.L.**<br>Fountain Square<br>2700 N. Military Trail, Suite 150<br>Boca Raton, Florida 33487<br>Phone: (561) 241-2323<br>Fax: (561) 241-2330<br>dustin@shendellpollock.com<br>lisa@shendellpollock.com<br>grs@shendellpollock.com<br>*Counsel for Defendant, Mario D. German Law* | *s/ George Breur*<br>**Robert A. Hingston, Esq.**<br>Florida Bar No. 181815<br>**Michael Jay Rune, II, Esq.**<br>Florida Bar No. 0086355<br>**George Breur, Esq.**<br>Florida Bar No. 33283<br>**Welbaum Guernsey**<br>901 Ponce De Leon Blvd., PH Suite<br>Coral Gables, Florida 33134<br>Telephone: (305) 441-8900<br>Fax: (305)441-2255<br>bhingston@welbaum.com<br>mrune@welbaum.com<br>hjonczak@welbaum.com<br>*Counsel for Plaintiff FDIC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all CM/ECF participants, this 2nd day of June, 2014.

*s/ George Breur*
**George Breur, Esq.**

Case No: 12-81298-CIV-MARRA/BRANSON

**Service List**

Kenneth Pollock, Esq.
Gary R. Shendell, Esq.
**SHENDELL & POLLOCK, P.L.**
Fountain Square
2700 N. Military Trail, Suite 150
Boca Raton, Florida 33487
Phone: (561) 241-2323
Fax: (561) 241-2330