UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
AMTRUST BANK,

                Case No 12-81298-CIV-MARRA/BRANSON

  Plaintiff,

v.

MARIO D. GERMAN LAW CENTER, P.A.,

  Defendant.
_____/

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

  THIS CAUSE came on before the Court upon the Joint Stipulation of Dismissal With Prejudice, filed by Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK ("Plaintiff" or the "FDIC-R"), and Defendant, MARIO D. GERMAN LAW CENTER, P.A., (collectively "Parties"). After having reviewed the Stipulation, and being otherwise fully advised in the matter, it is hereby

  ORDERED AND ADJUDGED:

1. This case is hereby dismissed with prejudice.
2. Each party to bear its own fees and costs.

  ENTERED this ____ day of, June, 2014

                _____
                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record